# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SARAH COLE, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 3:05-0558 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| WYNDCHASE ASPEN GROVE | ) | |
| ACQUISITION CORPORATION, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 22) filed by the defendant, Wyndchase Aspen Grove Acquisition Corporation, is **DENIED**.

It is so ordered.

Enter this 28th day of September 2006.

                                                ALETA A. TRAUGER
                                                United States District Judge